**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ROGER THOMAS,

        Plaintiff,

v.                                            Case No.: 1:22-cv-23637

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

        Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, ROGER THOMAS, by and through the undersigned attorney, hereby informs the Court that the parties have reached an amicable settlement of this civil case in its entirety and gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Lee W. Marcus (lmarcus@marcusmyerslaw.com) this 21st day of February 2023 via the Court's CM/ECF electronic service system.

                                                */s/ Nick A. Ortiz*
                                                Nick A. Ortiz, Esq.
                                                FL Bar No.: 12699
                                                Ortiz Law Firm
                                                316 S. Baylen St., Ste. 590
                                                Pensacola, FL 32502
                                                (850) 308-7833 (T)
                                                (850) 208-3613 (F)
                                                nick@nickortizlaw.com
                                                Attorney for Plaintiff